CR 08 00040 JF

E-FILING

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

FILED
2008 JAN 30 P 1: 36
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**THE UNITED STATES OF AMERICA**

vs.

**DONALD RAY WILLIAMS**

## INDICTMENT

**Counts One**: Title 18, United States Code, Section 844(i) – Arson of a Building Affecting Interstate or Foreign Commerce.

*A true bill.*

_____
Foreperson

Filed in open court this ___30___ day of __January__

A.D. 2008

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ No bail arrest warrant

E-FILING

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED

2008 JAN 30 P 1: 36

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08 00040 JF |
| Plaintiff, ) | VIOLATION: 18 U.S.C. § 844(i) –Arson of a Building Affecting Interstate or Foreign Commerce |
| v. ) | |
| DONALD RAY WILLIAMS, ) | SAN JOSE VENUE |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges: (18 U.S.C. § 844(i)-- Arson)

On or about July 1, 2007, and continuing to on or about July 2, 2007, in the Northern District of California, the defendant,

DONALD RAY WILLIAMS,

did maliciously damage and destroy, by means of fire, a building, *to wit*: a Walgreen's Drug Store located at 310 University Avenue in Palo Alto, California; which building was then being

//
//
//

INDICTMENT

1 | used in interstate and foreign commerce, and in activity affecting interstate and foreign
2 | commerce, in violation of Title 18, United States Code, section 844(i).

6 | DATED:                                    A TRUE BILL.

                                              /s/ Ramona L. Wills
                                              FOREPERSON

9 | JOSEPH P. RUSSONIELLO
    United States Attorney

    /s/ M. A. Parrella

12 | MATTHEW A. PARRELLA
     Chief, San Jose Branch

14 | (Approved as to form: /s/ Gary M. Fry )
                            AUSA Gary G. Fry

INDICTMENT                                    -2-

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

## OFFENSE CHARGED

COUNT ONE: 18 United States Code Section 844(i) - Arson of a building involved in interstate or foreign commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

### DEFENDANT - U.S.

2008 JAN 30 P 1:36

▶ DONALD RAY WILLIAMS

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DISTRICT COURT NUMBER**

CR 08 00040 JF

## PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**

S/A Gabrielle M. Solleder - ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70590 RS

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** GARY FRY

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☑ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments: