UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, March 5, 2008
**Case Number:** CR-08-00040-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**      **UNITED STATES OF AMERICA V.  DONALD RAY WILLIAMS**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Donald Ray Williams |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Manuel Araujo |

---

PROCEEDINGS:

Status review hearing  held.  Counsel and defendant are present. Continued to 4/9/08 at 9:00 a.m. for further status review.  35 days are excluded for the reasons stated.