1 BARRY J. PORTMAN
Federal Public Defender
2 MANUEL U. ARAUJO
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 Telephone: (408) 291-7753

5 Counsel for Defendant WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-00040-JF |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| v. | ) **STATUS HEARING** |
| DONALD RAY WILLIAMS, | ) |
| Defendant. | ) |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently scheduled for Wednesday, May 28, 2007, at 9:00 a.m., may be continued to Wednesday, June 25, 2008, at 9:00 a.m. The continuance is requested by the defense to permit it to continue to investigate a number of issues, including not but limited to interviewing various potential witnesses, consultation with an arson expert, the gathering of mental health records, the gathering of records regarding prior convictions, an opportunity to view and analyze a video surveillance tape/DVD mentioned in the discovery, and the possible retention and consultation with a DNA

1  expert.

2  The parties further agree and stipulate that time should be excluded from and including
3  May 28, 2007 through and including June 25, 2008, to provide counsel reasonable time to
4  prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the
5  United States and the defendant agree that granting the requested exclusion of time will serve the
6  interest of justice and outweigh the interest of the public and defendant in a speedy trial.

7  

8  Dated: May 9, 2008

                  _____/s/_____
9                    MANUEL U. ARAUJO
                  Assistant Federal Public Defender

10

11  Dated: May 9, 2008

                  _____/s/_____
12                    GARY FRY,
                  Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26