IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00040-JF |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER CONTINUING |
| v. ) | STATUS HEARING TO JUNE 25, 2008 |
| ) | |
| DONALD RAY WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing in the above-captioned matter shall be continued from May 28, 2008 to June 25, 2008 at 9:00 a.m. as well as the period of delay from May 28, 2008, to and including to June 25, 2008, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: May  12 , 2008

_____
JEREMY FOGEL
United States District Judge

ORDER CONTINUING STATUS HEARING;
No. CR 08-00040-JF1