**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, June 25, 2008
**Case Number:** CR-08-00040-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:   **UNITED STATES OF AMERICA V. DONALD RAY WILLIAMS**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Donald Ray Williams |
| **Attorneys Present:** Gary Fry | **Attorneys Present:** Manuel Araujo |

---

PROCEEDINGS:

Further status review hearing held. Counsel and defendant are present. Continued to 8/13/08 at 9:00 a.m. for further status review. 49 days are excluded for the reasons stated.