```
 1 │ BARRY J. PORTMAN
   │ Federal Public Defender
 2 │ MANUEL U. ARAUJO
   │ Assistant Federal Public Defender
 3 │ 160 West Santa Clara Street, Suite 575
   │ San Jose, CA  95113
 4 │ Telephone:  (408) 291-7753
 5 │ Counsel for Defendant WILLIAMS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00040 JF |
| ) | |
| Plaintiff, ) | NOTICE OF MOTION AND MOTION TO |
| ) | DETERMINE MENTAL COMPETENCY |
| vs. ) | |
| ) | |
| DONALD RAY WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

TO: ASSISTANT UNITED STATES ATTORNEY GARY FRY AND THE CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that on Wednesday, August 13, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Jeremy Fogel, defendant Donald Ray Williams, by and through counsel, shall move this Court for an order for a mental competency evaluation, to be performed locally and to be paid for by the government.

This motion shall be made pursuant to Title 18 U.S.C. § 4241, on the ground that defense counsel has reasonable cause to believe that Mr. Williams may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to

Motion to Determine Competency                  1

1  understand the nature and the consequences of the proceedings against him or to assist properly
2  in his defense.
3      This motion shall be based upon this notice of motion and motion, the attached
4  memorandum of points and authorities and declaration of counsel, the case file and record, and
5  such argument and evidence as may be presented at the hearing on this matter.

7  Dated: July 25, 2008

9      Respectfully submitted,

10     BARRY J. PORTMAN
    Federal Public Defender

12     /S/
    MANUEL U. ARAUJO
13     Assistant Federal Public Defender

Motion to Determine Competency    2