BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DONALD RAY WILLIAMS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-08-00040 JF <br><br> NOTICE OF MOTION AND MOTION TO DETERMINE MENTAL COMPETENCY <br> [18 U.S.C. § 4241] |

**INTRODUCTION**

Donald Ray Williams is charged with the arson of a building affecting interstate or foreign commerce, in violation of Title 18 U.S.C. § 844(i). In the course of preparing for trial, defense counsel has come to the conclusion that Mr. Williams may presently be suffering from a mental disease or defect that renders him incompetent to stand trial. Accordingly, the defense respectfully requests that the Court order a competency examination and report, in anticipation of a mental competency hearing, as provided for under 18 U.S.C. § 4241.

**ARGUMENT**

Section 4241 provides that, "[a]t any time after the commencement of a prosecution for

Memorandum of Points and Authorities in
Support of Motion to Determine Competency        1

an offense and prior to the sentencing of the defendant, . . . the defendant or the attorney for the Government may file a motion for a hearing to determine the mental competency of the defendant." 18 U.S.C. § 4241(a).  The motion for a competency hearing is to be granted "if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." Id.  Section 4241 authorizes the Court to order a psychiatric examination and report prior to the hearing.  See 18 U.S.C. § 4241(b).

In this case, defense counsel's personal observations of and interactions with Mr. Williams, as well as observations from other members of the defense team, have caused defense counsel to believe that Mr. Williams may currently suffer from a mental disease or defect that renders him incompetent to understand the proceedings and to assist in his own defense.  See Declaration of Counsel in Support of Motion to Determine Mental Competency at ¶ 3.

Although § 4241 is silent concerning whether the examination should be conducted locally or at a Bureau of Prisons medical facility, the defense respectfully submits that it would be preferable in this case to have the examination conducted locally.  A local examination would be less disruptive to Mr. Williams, and to his relationship with defense counsel.  A local examination would also preserve judicial resources.  It would be completed more quickly and at less expense.  In addition, in the event that Mr. Williams is found to be competent, the case will be able to proceed without the delay involved in having Mr. Williams transferred back from an out-of-state facility.

Section 4241 is also silent concerning which party shall bear the costs of a competency examination.  Under the CJA Guidelines, however, the costs of a § 4241 examination are paid by the government, regardless of which party requests the examination.  See *Criminal Justice Act Attorney Manual*, Exh. M; see also Order re Payment for Competency Evaluation, *United States v. Alejandro Navarro-Valenzuela*, No. CR 06-771 RMW (May 9, 2007), attached hereto as

1  Exhibit A.

## CONCLUSION

For the reasons set forth above and in the attached declaration of counsel, it is respectfully request that this Court order a mental competency examination and report pursuant to 18 U.S.C. § 4241. It is further requested that the Court order that the examination be conducted locally, and that the costs of the examination be paid by the government.

Dated: July 25, 2008

          Respectfully submitted,

          BARRY J. PORTMAN
          Federal Public Defender

          /S/
          MANUEL U. ARAUJO
          Assistant Federal Public Defender