BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | No. CR-08-00040 JF |
| )                        Plaintiff,                         ) | DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DETERMINE MENTAL COMPETENCY |
| vs.                                                             ) | |
| DONALD RAY WILLIAMS,            ) | |
| )                        Defendant.                      ) | |

I, Manuel U. Araujo, hereby declare:

1. I am an Assistant Federal Public Defender for the Northern District of California, San Jose Division.  My office has been appointed to represent defendant Donald Ray Williams in the above-captioned case.

2. Mr. Williams is charged with the arson of a building affecting interstate or foreign commerce, in violation of 18 U.S.C. § 844(i).

3. Based upon my personal observations of and interactions with Mr. Williams, as well as information related to me by an investigator in my office regarding her interactions with Mr. Williams, I am informed and believe that Mr. Williams may presently be suffering from a mental

Declaration of Counsel in Support of Motion to
Determine Competency                                             1

disease or defect rendering him mentally incompetent to understand the nature and the consequences of the proceedings against him or to assist in his defense.[1]

4. I am informed and believe that having a competency examination of Mr. Williams performed locally, rather than at a Bureau of Prisons medical facility, would be less disruptive, and would allow for the examination to be conducted sooner and with less outlay of government funds.

5. I am informed and believe that, pursuant to the CJA Guidelines, it is the policy in this district for the government to pay for the defendant's competency examination.

6. For the reasons set forth above, it is respectfully requested that the Court order a competency examination of Mr. Williams, to be conducted locally, and to be paid for by the government.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters stated on information and belief, and as to those matters, I am informed and believe them to be true.

Executed this 25th day of July, 2008, at San Jose, California.

_____/S/_____
MANUEL U. ARAUJO
Assistant Federal Public Defender

---

[1] To the extent that the Court requires more specific information, I would be happy to provide such information *ex parte* and *in camera*.

Declaration of Counsel in Support of Motion to
Determine Competency                           2