1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant WILLIAMS

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11
   UNITED STATES OF AMERICA,        )   No. CR-08-00040 JF
12                                  )
                 Plaintiff,         )   [PROPOSED] ORDER RE: COMPETENCY
13                                  )   EXAMINATION
   vs.                              )
14                                  )
   DONALD RAY WILLIAMS,             )
15                                  )
                 Defendant.         )
16 _____)

17
         GOOD CAUSE APPEARING, upon request of defendant Donald Ray Williams, by and
18
   through counsel, IT IS HEREBY ORDERED that The defendant's mental competency to stand
19
   trial shall be evaluated locally by a psychiatrist to be appointed by the Court at the suggestion of
20
   Pretrial Services. IT IS FURTHER ORDERED that the United States Attorney's Office shall
21
   pay for the examination.
22
         IT IS SO ORDERED.
23
   Dated:
24
                                              _____
25                                            THE HONORABLE JEREMY FOGEL
                                              United States District Court
26


[Proposed] Order                              1