JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

GARY G. FRY (CASBN 85582)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff <br>     v. <br> DONALD RAY WILLIAMS, <br>     Defendant | No. CR 08-00040 JF <br><br> **STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DETERMINE MENTAL COMPETENCY; RESERVATION OF RIGHTS AS TO OTHER ISSUES** <br><br> Date: Wednesday, August 13, 2008 <br> Time: 9:00 a.m. <br> Court: Honorable Jeremy Fogel |

    COMES NOW THE UNITED STATES OF AMERICA, and files it's response to the defendant's motion filed July 25, 2008, and captioned "Notice of Motion and Motion to Determine Mental Competency."

    The United States does not oppose the basic essence of defendant's motion, *i.e.,* we do not object to this court ordering the defendant to be examined under 18 U.S.C. 4241. Neither do we object to such an exam being performed locally rather than in a BOP facility. We reserve the right to object to a particular psychiatrist or psychologist performing the examination. We offer to work to with defense counsel to come up with an expert agreeable to both sides, but we may not be able to do so by August 13, 2008, the date currently set for the hearing.

1  Finally, as to payment for the examination, the undersigned has asked budgetary people in
2  the United States Attorney's Office whether this is something they think we have authority to pay
3  for, I am awaiting their response. Accordingly, for the time being, we must reserve our right to
4  oppose being ordered to pay for the examination.

6  Date:   August 12, 2008                    Respectfully submitted,

7                                             JOSEPH P. RUSSONIELLO
                                               United States Attorney

10                                             _____/s/_____
                                               GARY G. FRY
                                               Assistant United States Attorney

USA's .Non-Opposition to Defendant's Motion
to Determine Mental Competence
[CR 08-00040 JF]                    2