1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant WILLIAMS

6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10

11

12  UNITED STATES OF AMERICA,         )    No. CR-08-00040 JF
                                      )
13              Plaintiff,            )    NOTICE OF INTENT TO WITHDRAW
                                      )    MOTION AND MOTION TO DETERMINE
14  vs.                               )    MENTAL COMPETENCY
                                      )
15  DONALD RAY WILLIAMS,              )
                                      )
16              Defendant.            )
                                      )
17

18  TO:    ASSISTANT UNITED STATES ATTORNEY GARY FRY AND THE CLERK OF THE
           ABOVE-ENTITLED COURT
19

20       PLEASE TAKE NOTICE that on Wednesday, August 13, 2008, at 9:00 a.m., or as soon

21  thereafter as the matter may be heard before the Honorable Jeremy Fogel, defendant Donald Ray

22  Williams, by and through counsel, shall move to withdraw it's July 25, 2008, motion for a Court

23  //

24  //

25  //

26

Notice of Withdraw of Motion to Determine
Competency                                         1

1  order for a mental competency evaluation.

2  Dated: August 12, 2008

3

4                                      Respectfully submitted,

5                                      BARRY J. PORTMAN
                                       Federal Public Defender
6

7                                              /S/
                                       MANUEL U. ARAUJO
8                                      Assistant Federal Public Defender

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26