1   BARRY J. PORTMAN
    Federal Public Defender
2   MANUEL U. ARAUJO
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant WILLIAMS

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

    UNITED STATES OF AMERICA,          )      No. CR-08-00040 JF
12                                     )
                       Plaintiff,      )      DECLARATION OF COUNSEL IN
13                                     )      SUPPORT OF IT'S NOTICE TO
    vs.                                )      WITHDRAW MOTION TO DETERMINE
14                                     )      MENTAL COMPETENCY
    DONALD RAY WILLIAMS,               )
15                                     )
                       Defendant.      )
16  _____)

17

18        I, Manuel U. Araujo, hereby declare:

19        1.    I am an Assistant Federal Public Defender for the Northern District of California,

20  San Jose Division.  My office has been appointed to represent defendant Donald Ray Williams in

21  the above-captioned case.

22        2.    Mr. Williams is charged with the arson of a building affecting interstate or foreign

23  commerce, in violation of 18 U.S.C. § 844(i).

24        3.    Based upon my most recent interactions and conversations with Mr. Williams, I no

25  longer harbor a doubt regarding his mental competence.   Mr. Williams does have a history of

26  mental illness, he has been receiving medication for his illness.  However, at this time I believe

    Declaration of Counsel in Support of Notice to
    Withdraw It's Motion to Determine Competency        1

1   that he does understand the nature and the consequences of the proceedings against him and is

2   capable of assisting in his defense.[1]

3       4.   For the reasons set forth above, the defense respectfully moves to withdraw it's

4   motion for a competency examination of Mr. Williams.

5       I declare under penalty of perjury that the foregoing is true and correct, except for those

6   matters stated on information and belief, and as to those matters, I am informed and believe them

7   to be true.

8       Executed this 12th day of August 2008, at San Jose, California.

9

10                    _____/S/_____

11                    MANUEL U. ARAUJO
                      Assistant Federal Public Defender

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   [1]To the extent that the Court requires more specific information, I would be happy to provide such information *ex parte* and *in camera*.

Declaration of Counsel in Support of Notice to
Withdraw It's Motion to Determine Competency     2