UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, August 13, 2008
**Case Number:** CR-08-00040-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | UNITED STATES OF AMERICA V. DONALD RAY WILLIAMS |
|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Donald Ray Williams |
| Attorneys Present: Gary Fry | Attorneys Present: Manuel Araujo |

PROCEEDINGS:

    Further status review hearing held. Counsel and defendant are present. The Motion to Determine Mental Competency is withdraw. The case is set for jury trial on 11/7/08 at 1:30 p.m., pretrial conference on 10/31/08 at 11:00 a.m., and further status review on 9/17/08 at 9:00 a.m. 84 days are excluded for the reasons stated.