```
BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
LARA S. VINNARD
Assistant Federal Public Defenders
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
```

Counsel for Defendant WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD RAY WILLIAMS,<br><br>    Defendant. | No. CR-08-00040 JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE HEARING DATE<br>FOR MOTION FOR NEW TRIAL |

## **STIPULATION**

Defendant Donald Ray Williams, by and through Assistant Federal Public Defender Manuel U. Araujo, and the United States, by and through Assistant United States Attorney Gary Fry, hereby stipulate that the motion for new trial, currently set for Wednesday, February 25, 2009, at 10:00 a.m., shall be continued to Wednesday, March 18, 2009, at 10:00 a.m.

In addition, the parties stipulate to new filing deadlines as follows:  the defendant's motion shall be filed on or before Wednesday, February 25, 2009; the government's opposition shall be filed on or before Wednesday, March 16, 2009; and the defendant's reply, if any, shall be filed on or before Monday, March 16, 2009.

Stipulation and [Proposed] Order                               1

1  The reason for the requested continuance is to provide sufficient time for the preparation

2  and review of trial transcripts.

3  IT IS SO STIPULATED.

4  Dated: February 6, 2009

5  _____/s/_____
   MANUEL U. ARAUJO
6  Assistant Federal Public Defender

7

8  Dated: February 6, 2009

9  _____/s/_____
   GARY FRY
10 Assistant United States Attorney

11

12                     **[PROPOSED] ORDER**

13 GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

14 ORDERED that the hearing date for defendant's motion for new trial shall be continued from

15 Wednesday, February 25, 2009, to Wednesday, March 18, 2009, at 10:00 a.m.

16 IT IS FURTHER ORDERED that defendant's motion shall be filed on or before

17 Wednesday, February 25, 2009; the government's opposition shall be filed on or before

18 Wednesday, March 16, 2009; and the defendant's reply, if any, shall be filed on or before

19 Monday, March 16, 2009.

20 IT IS SO ORDERED.

21 Dated:  2/23/09

22

23                THE HONORABLE JEREMY FOGEL
                 United States District Court

24

25

26

Stipulation and [Proposed] Order        2