SUSAN L. S. Steiger DONDERSHINE
Attorney at Law -- CASBN 135249
Palo Alto Office:407 S. California Ave., PA
East Palo Alto Office:2111B University Ave., EPA
*MAILING ADDRESS:407 SOUTH CALIFORNIA AVENUE,
PALO ALTO, CA. 94306*
Phone:(650) 326-8100; Fax:(650)326-3500
Email:susan.dondershine@stanford.edu

Privately-Retained Attorney for
 Defendant DONALD RAY WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,  )  No. CR 08-00040 JF
                           )
            Plaintiff,     )  STIPULATED PROPOSED ORDER RELIEVING
                           )  FEDERAL PUBLIC DEFENDER AND
       vs.                 )  SUBSTITUTING IN RETAINED ATTORNEY
                           )  DONDERSHINE AS DEFENSE COUNSEL
DONALD RAY WILLIAMS,       )
                           )
            Defendant.     )

IT IS HEREBY ORDERED that the Federal Public Defender shall be relieved as Defendant Williams's attorney and that Susan L. S. Steiger Dondershine, Attorney at Law, shall be substituted in as Defendant Williams's retained attorney -- per the stipulation of Assistant Federal Public Defender Manuel Araujo and Attorney Susan Dondershine.

IT IS SO STIPULATED:

Dated:March 5, 2009
MANUEL URQUIDEZ ALDAPA ARAUJO,
Assistant Federal Public Defender

Dated:March 5, 2009
SUSAN L. S. Steiger DONDERSHINE,
Attorney at Law

IT IS SO ORDERED:

Dated:March 6, 2009
JEREMY D. FOGEL, JUDGE

Order Substituting In Retained Defense Atty Dondershine,
#CR 08-00040 JF