1   SUSAN L. S. Steiger DONDERSHINE
    Attorney at Law -- CASBN 135249
2   Palo Alto Office:407 S. California Ave., PA
    East Palo Alto Office:2111B University Ave., EPA
3   *MAILING ADDRESS:407 SOUTH CALIFORNIA AVENUE,
                    PALO ALTO, CA. 94306*
4   Phone:(650) 326-8100; Fax:(650) 326-3500
    Email:susan.dondershine@stanford.edu
5
    Privately-Retained Attorney for
6    Defendant DONALD RAY WILLIAMS
7
8              UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10               SAN JOSE DIVISION
11  UNITED STATES OF AMERICA, )   No. CR 08-00040 JF
                              )
12                Plaintiff,  )   STIPULATION AND ~~PROPOSED~~ ORDER TO
                              )   CONTINUE DEFENSE MOTION FOR NEW
13        vs.                 )   TRIAL AND SENTENCING
                              )
14  DONALD RAY WILLIAMS,      )
                              )
15                Defendant.  )
16              THE STIPULATION:
17       Retained Defense Attorney Susan Dondershine and Assistant
18  United States Attorney Gary Fry hereby stipulate to request that
19  the Court continue the Defense Motion for a New Trial currently
20  set for March 18, 2009 to May 27, 2009; and continue Sentencing
21  currently set for April 15, 2009 to June 24, 2009.
22       This request is based on the just-retained defense
23  attorney's need to thoroughly learn, analyze, and defend this
24  criminal prosecution for felony arson, including the following
25  intended attorney work:
26       (1) obtaining, reviewing, investigating, and analyzing
27           all written, recorded, and physical evidence; and
28       (2) obtaining, reviewing, and analyzing the Court

Stipulation/Proposed Order to Continue Motion/Sentencing, Page 1
#CR 08-00040 JF,

record of this prosecution, including the substantial jury trial transcript; and

(3) thoroughly investigating and medically and legally analyzing Mr. Williams's long and significant history of mental illness and facilitating appropriate psychiatric analysis and examination; and

(4) working closely with Mr. Williams and Probation to accomplish an appropriate and just disposition of this matter.

Dated:March 3 , 2009        SUSAN L. S. Steiger DONDERSHINE, 3/5/09
                            Attorney at Law,
                            Retained Defense Attorney to Defendant
                            DONALD RAY WILLIAMS

Dated:March 5 , 2009        GARY G. FRY,
                            Assistant United States Attorney

THE COURT'S ORDER:

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT THE DEFENSE MOTION FOR A NEW TRIAL BE CONTINUED TO MAY 27 2009 AND THAT SENTENCING BE CONTINUED TO JUNE 24, 2009.

Dated:March 6 , 2009        _____
                            JEREMY D. FOGEL, JUDGE

Stipulation/Proposed Order to Continue Motion/Sentencing,
   #CR 08-00040 JF,                                        Page 2