UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-00040 JF |
|---|---|---|
| Plaintiff | ) | |
| | ) | **[PROPOSED] ORDER OF THE COURT** |
| v. | ) | **CONTINUING SENTENCING DATE** |
| | ) | |
| DONALD RAY WILLIAMS, | ) | |
| | ) | |
| Defendant | ) | |

On motion of the United States, without objection from the defendant, and for good cause shown, the court ORDERS that the sentencing date in this matter, currently set for May 13, 2010, is continued until Thursday, August 19, 2010, at 10:00 a.m.

IT IS SO ORDERED.

Date: 5/6/10

HONORABLE JEREMY FOGEL
United Stats District Court Judge