SUSAN L. S. Steiger DONDERSHINE
Attorney at Law -- CASBN 135249
Palo Alto Office:407 South California Avenue, Palo Alto
East Palo Alto Office:2111B University Avenue, East Palo Alto
*MAILING ADDRESS:407 SOUTH CALIFORNIA AVENUE,
PALO ALTO, CA. 94306*
Phone: (650) 326-8100; Fax: (650) 326-3500
E-mail:susandondershine@gmail.com
Appointed Attorney for Defendant
    DONALD RAY WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0040 JF |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDERS #1 AND #2 |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD RAY WILLIAMS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT'S ORDERS #1 AND #2

ORDER #1: THE SENTENCING HEARING NOW SET FOR AUGUST 26, 2010 SHALL BE CONTINUED TO NOVEMBER 18, 2010, AT 10:00 A.M.

ORDER #2: A STATUS CONFERENCE SHALL BE SET FOR SEPTEMBER 9, 2010, AT 10:00 A.M.

Dated: August 23, 2010

_____
HON. JEREMY D. FOGEL, JUDGE