SUSAN L. S. Steiger DONDERSHINE
Attorney at Law -- CASBN 135249
Palo Alto Office:407 South California Avenue, Palo Alto
East Palo Alto Office:2111B University Avenue, East Palo Alto
*MAILING ADDRESS:407 SOUTH CALIFORNIA AVENUE,
PALO ALTO, CA. 94306*
Phone: (650) 326-8100; Fax: (650) 326-3500
E-mail:susandondershine@gmail.com
Appointed Attorney for Defendant
   DONALD RAY WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-0040 JF |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER #3 |
| vs. | ) |
| DONALD RAY WILLIAMS | ) |
| Defendant. | ) |

THE COURT'S ORDER #3

(A) MR. WILLIAMS'S COMPLETE MEDICAL/PSYCHIATRIC/PSYCHOLOGICAL TREATMENT RECORD AT THE FEDERAL BUREAU OF PRISON'S LOS ANGELES METROPOLITAN DETENTION CENTER, FROM OCTOBER 14, 2009 TO THE PRESENT, INCLUDING BUT NOT LIMITED TO THE FOLLOWING, SHALL EXPEDITIOUSLY BE PROVIDED TO THE COURT: ALL WRITTEN AND AUDIO/VISUAL SUMMARIES, NOTES, ROUGH NOTES, NOTES OF TELEPHONE CONVERSATIONS OF EVERY STAFF PERSON WHO NOTED CONTACT WITH MR. WILLIAMS, AND DATES WRITTEN -- WHETHER CONTAINED

IN MR. WILLIAMS'S FILE OR CONTAINED ELSEWHERE, AND INCLUDING BUT NOT LIMITED TO NOTES OF PSYCHIATRISTS, PSYCHOLOGISTS, SOCIAL WORKERS, NURSES, LABORATORY TECHNICIANS, PRISONS GUARDS.  SPECIFICALLY TO BE INCLUDED SHALL BE THE ENTIRE, COMPLETE RECORD OF MR. WILLIAMS'S RECENT ADMISSION AND MEDICAL/PSYCHIATRIC/PSYCHOLOGICAL TREATMENT AT THE LOS ANGELES WHITE MEMORIAL HOSPITAL.

(B) THIS RECORD SHALL BE FORWARDED TO DEFENSE ATTORNEY SUSAN DONDERSHINE, WHO SHALL COPY IT AND PROVIDE IT TO THE COURT, TO THE GOVERNMENT'S ATTORNEY, GARY FRY, AND TO THE PROBATION OFFICER, BEN JAMIN FLORES.

Dated: August 23, 2010

_____
HON. JEREMY D. FOGEL, JUDGE