SUSAN L. S. Steiger DONDERSHINE
Attorney at Law -- CASBN 135249
Palo Alto Office:407 South California Avenue, Palo Alto
East Palo Alto Office:2111B University Avenue, East Palo Alto
*MAILING ADDRESS:407 SOUTH CALIFORNIA AVENUE,
PALO ALTO, CA. 94306*
Phone: (650) 326-8100; Fax: (650) 326-3500
E-mail:susandondershine@gmail.com
Appointed Attorney for Defendant
    DONALD RAY WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 08-0040 JF |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] ORDER #4 |
| | ) |
| vs. | ) |
| | ) |
| DONALD RAY WILLIAMS | ) |
| | ) |
| Defendant. | ) |

THE COURT'S ORDER #4

(A) RALPH IHLE, PH.D., CLINT'S ICAL PSYCHOLOGIST AND CHIEF, PSYCHOLOGY SERVICES, METROPOLITAN DETENTION CENTER, LOS ANGELES, CALIFORNIA, SHALL EXPEDITIOUSLY PREPARE A WRITTEN REPORT TO THE COURT OF MR. WILLIAMS'S CURRENT CLINICAL STATUS.

(B) DR. IHLE SHALL FORWARD HIS REPORT TO DEFENSE ATTORNEY SUSAN DONDERSHINE, WHO SHALL COPY IT AND PROVIDE IT TO THE COURT, TO THE GOVERNMENT'S ATTORNEY, GARY FRY, AND TO THE PROBATION OFFICER, BEN JAMIN FLORES.

Dated:August 27, 2010

_____
HON. JEREMY D. FOGEL, JUDGE