SUSAN L. S. Steiger DONDERSHINE
Attorney at Law -- CASBN 135249
Palo Alto Office:407 South California Avenue, Palo Alto
East Palo Alto Office:2111B University Avenue, East Palo Alto
*MAILING ADDRESS:407 SOUTH CALIFORNIA AVENUE,
PALO ALTO, CA. 94306*
Phone: (650) 326-8100; Fax: (650) 326-3500
E-mail:susandondershine@gmail.com
Appointed Attorney for Defendant
  DONALD RAY WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0040 JF |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER #1 |
| vs. | ) | |
| DONALD RAY WILLIAMS | ) | |
| Defendant. | ) | |

THE COURT'S ORDER #1

A STATUS CONFERENCE SHALL BE SET FOR MARCH 17, 2011 AT 10:00 A.M.

Dated:March __, 2011

_____
HON. JEREMY D. FOGEL, JUDGE