SUSAN L. S. Steiger DONDERSHINE
Attorney at Law -- CASBN 135249
Palo Alto Office:407 South California Avenue, Palo Alto
East Palo Alto Office:2111B University Avenue, East Palo Alto
*MAILING ADDRESS:407 SOUTH CALIFORNIA AVENUE,
PALO ALTO, CA. 94306*
Phone: (650) 326-8100; Fax: (650) 326-3500
E-mail:susandondershine@gmail.com
Appointed Attorney for Defendant
   DONALD RAY WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0040 JF |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER #2 |
| ) | |
| vs. ) | |
| ) | |
| DONALD RAY WILLIAMS ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THE COURT'S ORDER #2

THE SENTENCING HEARING NOW SET FOR MARCH 17, 2011 AT

10:00 A.M. SHALL BE CONTINUED. *TO A DATE TO BE DETERMINED AT THE STATUS CONFERENCE NOW SET FOR MARCH 17, 2011*

Dated:March  /, 2011

_____
HON. JEREMY D. FOGEL, JUDGE

*JF*