SUSAN L. S. Steiger DONDERSHINE
Attorney at Law -- CASBN 135249
Palo Alto Office:407 South California Avenue, Palo Alto
East Palo Alto Office:2111B University Avenue, East Palo Alto
*MAILING ADDRESS:407 SOUTH CALIFORNIA AVENUE,
           PALO ALTO, CA. 94306*
Phone: (650) 326-8100; Fax: (650) 326-3500
E-mail:susandondershine@gmail.com
Appointed Attorney for Defendant
    DONALD RAY WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0040 JF |
| Plaintiff, ) | [~~PROPOSED~~] ORDER #3 |
| vs. ) | |
| DONALD RAY WILLIAMS ) | |
| Defendant. ) | |

THE COURT'S ORDER #3

(A) THE COURT MAKES A STANDING ORDER THAT, UNTIL THE CONCLUSION OF THE SENTENCING OF DEFENDANT DONALD RAY WILLIAMS, THE BUREAU OF PRISONS'S METROPOLITAN DETENTION CENTER, LOS ANGELES, SHALL PROVIDE MONTHLY ON THE FIRST OF EVERY MONTH MR. WILLIAMS'S COMPLETE (#1) MEDICAL/PSYCHIATRIC AND (#2) PSYCHOLOGICAL TREATMENT RECORDS.

(B) BOTH THE (#1) MEDICAL/PSYCHIATRIC AND THE (#2) PSYCHOLOGICAL RECORDS SHALL INCLUDE BUT NOT BE LIMITED TO THE

FOLLOWING: ALL WRITTEN AND AUDIO/VISUAL SUMMARIES, NOTES, ROUGH NOTES, OF EVERY PSYCHIATRIST, PSYCHOLOGIST, SOCIAL WORKER, NURSE, LABORATORY TECHNICIAN, PRISON GUARD, OR OTHER METROPOLITAN PERSONNEL WHO NOTED CONTACT WITH MR. WILLIAMS, AND DATES WRITTEN -- WHETHER CONTAINED IN MR. WILLIAMS'S FILE OR CONTAINED ELSEWHERE.

(C) BOTH THE COMPLETE (#1) MEDICAL/PSYCHIATRIC AND (#2) PSYCHOLOGICAL RECORDS SHALL BE FORWARDED TO DEFENSE ATTORNEY SUSAN DONDERSHINE, WHO SHALL COPY THEM AND TRANSMIT THEM TO THE COURT AND TO THE GOVERNMENT'S ATTORNEY, GARY FRY, AND TO THE PROBATION OFFICER, BEN JAMIN FLORES.

(D) BOTH THE (#1) MEDICAL/PSYCHIATRIC AND (#2) PSYCHOLOGICAL RECORDS PROVIDED ON APRIL 1ST SHALL INCLUDE THE COMPLETE RECORDS FROM OCTOBER 6, 2010 THROUGH DATE OF PREPARATION FOR PROVISION. THE RECORDS PROVIDED ON SUBSEQUENT MONTHS SHALL DATE FROM THE LAST RECORDS PROVIDED SUCH THAT THERE IS NO UNPROVIDED PERIOD OF TIME; and

(E) THIS ORDER SHALL BE TRANSMITTED TO BOP/METROPOLITAN'S SENIOR ATTORNEY GEORGE CHU, WHO HAS OFFERED TO FACILITATE IT.

Dated: March 8, 2011

_____
HON. JEREMY D. FOGEL, JUDGE