**E-Filed 6/19/2013**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD RAY WILLIAMS,<br><br>Defendant. | Case No. 5:08-cr-00040-JF<br><br>ORDER EXTENDING UNITED STATES MARSHALS SERVICE'S RETENTION OF CUSTODY BEYOND INITIAL THIRTY-DAY PERIOD |

On May 24, 2013, the Court ordered the United States Marshals Service to retain custody of Defendant for thirty days following the judgment in this case. ECF No. 352. On June 3, 2013, Defendant filed a motion for reconsideration of the sentence imposed by the Court. ECF No. 355. The United States' opposition is due on June 27, 2013. ECF No. 361.

The Court hereby ORDERS the United States Marshals Service to retain custody of Defendant beyond the initial thirty-day period pending disposition of Defendant's motion for reconsideration or further order of the Court.

DATED: June 19, 2013

_____
JEREMY FOGEL
United States District Judge