Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000
pleeminglaw@gmail.com

Attorney for defendant DONALD RAY WILLIAMS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD RAY WILLIAMS<br><br>Defendants. | No. CR 08-0040 JD<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING MAY 12 STATUS CONFERENCE STATEMENT** |

The parties stipulate and respectfully request that the Court Order that the status conference in the above matter, currently set for May 12 at 10:30 A.M. be continued to July 21, 2025, at 10:30 A.M.

The basis for the requested continuance is the following:

1.   Counsel for Mr. Williams has a scheduling conflict on May 12. (*US v. Benitez et al*, 23-0123 EJD. Although the *Benitez* matter was set after the date was

Stipulation and ~~Proposed~~ Order Continuing Status Conference - 1

set in Mr. Williams's case, it is a multi-defendant matter alleging distribution of cocaine, fentanyl and methamphetamine.  Counsel for Mr. Williams represents Mr. Richard Izquierdo, who has been residing in a drug treatment program, and will need to confer with him before the hearing.

    2.    Mr. Williams has been living with his parents and there have been no issues reported to his attorney or to the government.  He has been compliant with his medication regimen and appears to be doing well.

    3.    Therefore, for the above reasons, it is respectfully requested that the status conference in the above case be continued to July 21, 2025, at 10:30 A.M.

It is so stipulated.

Dated: May 6, 2025.　　　　　　　　By: _____s_____
　　　　　　　　　　　　　　　　　　Wistar Wilson, Assistant
　　　　　　　　　　　　　　　　　　United States Attorney

Dated: May 6, 2025　　　　　　　　　By: _____s_____
　　　　　　　　　　　　　　　　　　Peter A. Leeming, Attorney
　　　　　　　　　　　　　　　　　　For Defendant Donald Ray Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>DONALD RAY WILLIAMS<br><br><br><br>            Defendants. | No. CR 08-0040 JD<br><br>[PROPOSED] ORDER CONTINUING MAY 12 STATUS CONFERENCE STATEMENT |

GOOD CAUSE APPEARING, it is hereby Ordered that the status conference in the above matter, currently set for May 12, 2025, is continued to July 21, 2025, at 10:30 AM.

It is so Ordered.

Dated: May 7, 2025            By: _____
                              Hon. James Donato,
                              United States District Judge